STATEN ISLAND EDISON CORPORATION, Appellant, v. MILO R. MALTBIE et al., Individually and Constituting the Public Service Commission of the State of New York and State Division of the Department of Public Service of the State of New York, Respondents, and City of New York, Intervener, Defendant-Respondent.— Stay granted for ten days. This court denied injunctive relief

and dismissed the complaint as a matter of law and not as a matter of discretion. If the complaint should be upheld in the Court of Appeals our decision is without prejudice to an application for renewal. [See *ante,* p. 72.] Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur.